■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY EVERETT, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's sole claim on appeal is

that the showup conducted by the police was impermissibly suggestive and denied him due process of law. We disagree. A showup which occurs shortly after a crime and near the crime scene is an acceptable means of securing identification of a suspect *(People v Brnja,* 50 NY2d 366). A showup is also tolerable in the interest of prompt identification while witnesses' memories are fresh *(see, People v Riley,* 70 NY2d 523; *People v Love,* 57 NY2d 1023, 1024). (Appeal from judgment of Monroe County Court, Maas, J.—grand larceny, third degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.